OFFICE OF DISCIPLINARY COUNSEL *v.* ROCKER.

[Cite as *Disciplinary Counsel v. Rocker* (1999), 85 Ohio St.3d 397.]

(No. 98–2687—Submitted February 10, 1999—Decided April 28, 1999.)

398

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Kevin L. Williams,* Assistant Disciplinary Counsel, for relator.

*Andrew Joseph Rocker, pro se.*

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board. "[P]ermanent disbarment is an appropriate sanction for conduct that violates DR 1–102 and results in a felony conviction." *Disciplinary Counsel v. Gallagher* (1998), 82 Ohio St.3d 51, 52, 693 N.E.2d 1078, 1079. In fact, permanent disbarment is the only appropriate sanction for an attorney convicted of murder. See, *e.g., Bar Assn. of Greater Cleveland v. Steele* (1981), 65 Ohio St.2d 1, 19 O.O.3d 120, 417 N.E.2d 104 (attorney convicted of first-degree murder of his wife disbarred); *Columbus Bar Assn. v. Riebel* (1990), 51 Ohio St.3d 106, 554 N.E.2d 1318 (attorney convicted of several crimes, including five counts of attempted murder with a deadly weapon, disbarred). Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.